UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case Number:    _____

Chapter:                    13

Judge:              _____

AMENDED
**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

TO: _____
        Debtor(s)

        You are hereby notified that a Response to Notice of Final Cure Payment has been
filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a
motion must be filed to determine whether the debtor has cured the default and paid post-
petition amounts.

        DATE: _____              JEANNE A. NAUGHTON, Clerk