Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  13–12006–CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Wilbur R. Williams | Lois T. Williams |
| 117 Westbrook Drive | 117 Westbrook Drive |
| Toms River, NJ 08757 | Toms River, NJ 08757 |

Social Security No.:
  xxx–xx–9909                                xxx–xx–4914

Employer's Tax I.D. No.:

---

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 7, 2017</u>                  <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court